Waiver of Indictment                                          Cr. Form No. 18

# United States District Court

## FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. NO 14.115 |
| | : | |
| JEROLD COHEN | : | |

        Jerold Cohen, the above named defendant, who is
accused of Conspiracy, Aggravated Structuring and Filing a False
Return, in violation of 18:371, 31:5324(a)(3)&(d)(2),and
26:7206(1), being advised of the nature of the charge and of his
rights, hereby waives in open court prosecution by indictment
and consents that the proceeding may be by information instead
of by indictment.

_____
Defendant

_____
Defense Attorney

_____
Assistant United States Attorney

Date: 4/1/14